Dunlap & Grant *against* the Commercial Insurance Company.

RADCLIFF, after plea pleaded, moved for leave to pay money into court, as the premium on the policy of insurance, on which this action was brought. He cited 1 *Durnford* & *East*, 710.

*After plea pleaded, leave was granted to pay money into court with costs to the*
time, but not specifically as the *premium* on the policy of insurance on which the action was brought.

ALBANY,
Feb. 1806.

J. & S. Watson
v.
Delafield.

*Per Curiam.* The defendant may pay into court what sum he pleases, with the costs of suit up to the time of such payment, but not specifically *as the premium* on the policy ; and this may be done after plea pleaded.